**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Sabal Construction Incorporated** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3008869** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6702 Benjamin Rd.**<br>**Suite 400**<br>**Tampa, FL 33634**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Sabal Construction Incorporated** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Sabal Construction Incorporated** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Sabal Construction Incorporated**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Sabal Construction Incorporated** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 10, 2025**
MM / DD / YYYY

**X** /s/ Galen Brent Hebert _____        Galen Brent Hebert _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

---

**18. Signature of attorney**

**X** /s/ Jake C. Blanchard _____        Date    **March 10, 2025** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Jake C. Blanchard**
Printed name

**Blanchard Law, P.A.**
Firm name

**8221 49th Street N.**
**Pinellas Park, FL 33781**
Number, Street, City, State & ZIP Code

Contact phone    **727-531-7068**        Email address    **jake@jakeblanchardlaw.com**

**055438 FL**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sabal Construction Incorporated** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&T Pro Installations and Repairs 9009 W. Hamilton Ave Tampa, FL 33615 | | Vendor | | | | $36,000.00 |
| All Phase Glass and Mirror 5001 N. Collidge Ave Tampa, FL 33614 | | Vendor | | | | $15,025.00 |
| Allstar Roofing and Repair 10130 Yacht Club Dr. Saint Petersburg, FL 33706 | | Vendor | | | | $14,909.00 |
| Callahan Law Firm, LLC PO Box 150 Saint Petersburg, FL 33731 | | Attorney Fees | | | | $26,712.00 |
| Century Bank of Florida P.O. Box 17704 716 W. Fletcher Avenue Tampa, FL 33682-7704 | | All Inventory, Accounts, Equipment. UCC 201804989434 | | $60,721.11 | $0.00 | $60,721.11 |
| Creative Poly Designs, Inc. 10453 Tillery Rd Spring Hill, FL 34606 | | Vendor | | | | $80,203.16 |
| Everhart Contracting 17310 Riverstone Dr Lutz, FL 33558 | | Vendor | | | | $52,970.24 |

Debtor  **Sabal Construction Incorporated**　　　　　　　　　　　　Case number *(if known)*　＿＿＿＿＿＿＿＿＿＿＿
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flood Pros USA PO Box 110616 Bradenton, FL 34211 | | Vendor | | | | $33,086.99 |
| Integral Systems 2170 Sunnydale Blvd. Suite X Clearwater, FL 33765 | | Vendor | | | | $9,173.99 |
| Jenkins Roofing 2402 W. Baker St. Plant City, FL 33563 | | Vendor | | | | $90,230.73 |
| JFS Construction 2702 Airport Rd Plant City, FL 33563 | | Vendor | | | | $16,611.23 |
| L&L Electric Services 5130 LeTorneau Circle Tampa, FL 33610 | | Vendor | | | | $16,316.00 |
| LeBell Landscaping LLC 12217 Grovewood Ave Thonotosassa, FL 33592 | | Vendor | | | | $36,958.20 |
| Overhead Doors Company of Tampa Bay 7701 Ann Ballard Rd Tampa, FL 33634 | | Vendor | | | | $17,085.00 |
| Reliacraft 8870 N. Himes Ave STE 628 Tampa, FL 33614 | | Vendor | | | | $103,459.00 |
| Solar Innovations (Windows) 31178 Cortez Blvd. Brooksville, FL 34602 | | Vendor | Contingent Unliquidated Disputed | | | $121,269.44 |
| Suncoast Millwork, LLC 2130 W. Chestnut St Tampa, FL 33607 | | Vendor | | | | $28,804.48 |
| SWS Constracting 9307 N 14th St Tampa, FL 33612 | | Vendor | | | | $66,103.55 |
| U.S. Small Business Administration 409 3rd Street SW Washington, DC 20416 | | Loan- EIDL- UCC 202001883216 | | $183,134.93 | $0.00 | $183,134.93 |

Debtor  **Sabal Construction Incorporated**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zach Mechanical Inc. 6961 S. Manhattan Ave Tampa, FL 33616** | | **Vendor** | | | | **$15,000.00** |

| Fill in this information to identify the case: |
|---|

Debtor name  **Sabal Construction Incorporated**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Century Bank of Florida**<br>Creditor's Name<br>**P.O. Box 17704<br>716 W. Fletcher Avenue<br>Tampa, FL 33682-7704**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All Inventory, Accounts, Equipment.<br>UCC 201804989434** | **$60,721.11** | **$0.00** |
| | **Describe the lien**<br>**UCC-1** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  U.S. Small Business**<br>Creditor's Name<br>**Administration<br>409 3rd Street SW<br>Washington, DC 20416**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Loan- EIDL- UCC 202001883216** | **$183,134.93** | **$0.00** |
| | **Describe the lien**<br>**UCC-1** | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor   **Sabal Construction Incorporated**                                      Case number (*if known*) _____
         _____
                    Name

■ No

☐ Yes. Specify each creditor,              ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$243,856.04** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Century Bank of Florida**<br>**716 W. Fletcher Ave**<br>**Tampa, FL 33612** | Line  **2.1** | |
| **U.S. Small Business**<br>**Administartion**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name    **Sabal Construction Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**A&E Remodeling, LLC**<br>**447 3rd Ave N**<br>**Suite 402**<br>**Saint Petersburg, FL 33701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,079.65 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**A&T Pro Installations**<br>**and Repairs**<br>**9009 W. Hamilton Ave**<br>**Tampa, FL 33615**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $36,000.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**All Phase Glass and Mirror**<br>**5001 N. Collidge Ave**<br>**Tampa, FL 33614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,025.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Allstar Roofing and Repair**<br>**10130 Yacht Club Dr.**<br>**Saint Petersburg, FL 33706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $14,909.00 |

Debtor   **Sabal Construction Incorporated**
_____
    Name

Case number (*if known*) _____

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,910.74** |
|---|---|---|---|

**APS Inc.**
**1402 N. 25th St.**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,483.40** |
|---|---|---|---|

**ATC and Associates**
**3352 Indian Hills Dr**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,778.00** |
|---|---|---|---|

**Bast Floors and Staircases**
**8506 Sunstate St**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,712.00** |
|---|---|---|---|

**Callahan Law Firm, LLC**
**PO Box 150**
**Saint Petersburg, FL 33731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,455.00** |
|---|---|---|---|

**Cantera Doors South**
**4739 Merwin St.**
**Suite A**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.50** |
|---|---|---|---|

**Castillo Home Repair**
**7606 Ocean Harbor Ln**
**Tampa, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,566.80** |
|---|---|---|---|

**ConstructoMax Corporation**
**2614 W Kennedy Blvd.**
**Suite 2**
**Tampa, FL 33629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sabal Construction Incorporated**                                      Case number *(if known)* _____
          _____
          Name

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Creative Poly Designs, Inc.**
**10453 Tillery Rd**
**Spring Hill, FL 34606**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$80,203.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Daylight Concepts**
**6710 Benjamin Rd**
**Suite 100**
**Tampa, FL 33634**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$456.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**Electric Eels- Dock**
**3016 W Swann Ave**
**Tampa, FL 33609**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$7,585.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Everhart Contracting**
**17310 Riverstone Dr**
**Lutz, FL 33558**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$52,970.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**Five Star Stone**
**10887 Ulmerton Rd.**
**Largo, FL 33778**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**Flood Pros USA**
**PO Box 110616**
**Bradenton, FL 34211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$33,086.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**Gas Pros Inc.**
**15721 Colding Loop**
**Wimauma, FL 33598**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **$8,499.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sabal Construction Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,891.21**

**Hamiltons Stair and Railing**
**8540 US Highway 1**
**Sebastian, FL 32976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,416.83**

**Hollingsworth**
**701 West Platt Street**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,173.99**

**Integral Systems**
**2170 Sunnydale Blvd.**
**Suite X**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,230.73**

**Jenkins Roofing**
**2402 W. Baker St.**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,611.23**

**JFS Construction**
**2702 Airport Rd**
**Plant City, FL 33563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,316.00**

**L&L Electric Services**
**5130 LeTorneau Circle**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,958.20**

**LeBell Landscaping LLC**
**12217 Grovewood Ave**
**Thonotosassa, FL 33592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sabal Construction Incorporated**                                   Case number (*if known*)  _____
      Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**NCP Contracting LLC**
**3429 38th Street N**
**Saint Petersburg, FL 33713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,085.00** |
|---|---|---|---|

**Overhead Doors Company**
**of Tampa Bay**
**7701 Ann Ballard Rd**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.40** |
|---|---|---|---|

**Premier Services Inc**
**13060 Cortez Blvd.**
**Box 40**
**Brooksville, FL 34613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,459.00** |
|---|---|---|---|

**Reliacraft**
**8870 N. Himes Ave**
**STE 628**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Robertson and Associates**
**116A Sailors Cove Drive**
**Port Saint Joe, FL 32456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,269.44** |
|---|---|---|---|

**Solar Innovations (Windows)**
**31178 Cortez Blvd.**
**Brooksville, FL 34602**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.75** |
|---|---|---|---|

**Structural Building Supply**
**PO Box 130372**
**Tampa, FL 33681**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sabal Construction Incorporated**

Case number (if known) _____

Name

| | |
|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** |

**Suncoast Millwork, LLC**
**2130 W. Chestnut St**
**Tampa, FL 33607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$28,804.48**

---

| | |
|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** |

**SWS Constracting**
**9307 N 14th St**
**Tampa, FL 33612**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$66,103.55**

---

| | |
|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** |

**Zach Mechanical Inc.**
**6961 S. Manhattan Ave**
**Tampa, FL 33616**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  843,317.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  843,317.17 |

**Fill in this information to identify the case:**

Debtor name    **Sabal Construction Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease of Building, 6702 Benjamin Rd., Suite 400 Tampa, FL 33634** |
| State the term remaining | **Expiration Date: September 30, 2026** |
| List the contract number of any government contract | |

**ALP-ARC II Tampa I Operating Company, LLC, c.o Arden Grp. 1600 Market Street Suite 2600 Philadelphia, PA 19103**

**Fill in this information to identify the case:**

Debtor name    **Sabal Construction Incorporated**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors      **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **APS Holdings of Florida, Inc** | **301 W. Platt St. #A-301 Tampa, FL 33606** Solar Innovations is listed on Schedule F and it may raise a claim against the Debtor but the debt is related to a project where APS Holdings of Florida, Inc. is the party liable and took possession of the goods. | **Solar Innovations (Windows)** | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |

.

Sabal Construction Incorporated
6702 Benjamin Rd.
Suite 400
Tampa, FL 33634

ATC and Associates
3352 Indian Hills Dr
Milton, FL 32571

Daylight Concepts
6710 Benjamin Rd
Suite 100
Tampa, FL 33634

Jake C. Blanchard
Blanchard Law, P.A.
8221 49th Street N.
Pinellas Park, FL 33781

Bast Floors and Staircases
8506 Sunstate St
Tampa, FL 33634

Electric Eels- Dock
3016 W Swann Ave
Tampa, FL 33609

A&E Remodeling, LLC
447 3rd Ave N
Suite 402
Saint Petersburg, FL 33701

Callahan Law Firm, LLC
PO Box 150
Saint Petersburg, FL 33731

Everhart Contracting
17310 Riverstone Dr
Lutz, FL 33558

A&T Pro Installations
and Repairs
9009 W. Hamilton Ave
Tampa, FL 33615

Cantera Doors South
4739 Merwin St.
Suite A
Houston, TX 77027

Five Star Stone
10887 Ulmerton Rd.
Largo, FL 33778

All Phase Glass and Mirror
5001 N. Collidge Ave
Tampa, FL 33614

Castillo Home Repair
7606 Ocean Harbor Ln
Tampa, FL 33615

Flood Pros USA
PO Box 110616
Bradenton, FL 34211

Allstar Roofing and Repair
10130 Yacht Club Dr.
Saint Petersburg, FL 33706

Century Bank of Florida
P.O. Box 17704
716 W. Fletcher Avenue
Tampa, FL 33682-7704

Gas Pros Inc.
15721 Colding Loop
Wimauma, FL 33598

ALP-ARC II Tampa I Operating
Company, LLC, c.o Arden Grp.
1600 Market Street
Suite 2600
Philadelphia, PA 19103

Century Bank of Florida
716 W. Fletcher Ave
Tampa, FL 33612

Hamiltons Stair and Railing
8540 US Highway 1
Sebastian, FL 32976

APS Holdings of Florida, Inc
301 W. Platt St.
#A-301
Tampa, FL 33606

ConstructoMax Corporation
2614 W Kennedy Blvd.
Suite 2
Tampa, FL 33629

Hollingsworth
701 West Platt Street
Tampa, FL 33606

APS Inc.
1402 N. 25th St.
Tampa, FL 33605

Creative Poly Designs, Inc.
10453 Tillery Rd
Spring Hill, FL 34606

Integral Systems
2170 Sunnydale Blvd.
Suite X
Clearwater, FL 33765

Jenkins Roofing
2402 W. Baker St.
Plant City, FL 33563

Solar Innovations (Windows)
31178 Cortez Blvd.
Brooksville, FL 34602

JFS Construction
2702 Airport Rd
Plant City, FL 33563

Structural Building Supply
PO Box 130372
Tampa, FL 33681

L&L Electric Services
5130 LeTorneau Circle
Tampa, FL 33610

Suncoast Millwork, LLC
2130 W. Chestnut St
Tampa, FL 33607

LeBell Landscaping LLC
12217 Grovewood Ave
Thonotosassa, FL 33592

SWS Constracting
9307 N 14th St
Tampa, FL 33612

NCP Contracting LLC
3429 38th Street N
Saint Petersburg, FL 33713

U.S. Small Business
Administration
409 3rd Street SW
Washington, DC 20416

Overhead Doors Company
of Tampa Bay
7701 Ann Ballard Rd
Tampa, FL 33634

U.S. Small Business
Administartion
2 North Street
Suite 320
Birmingham, AL 35203

Premier Services Inc
13060 Cortez Blvd.
Box 40
Brooksville, FL 34613

Zach Mechanical Inc.
6961 S. Manhattan Ave
Tampa, FL 33616

Reliacraft
8870 N. Himes Ave
STE 628
Tampa, FL 33614

Robertson and Associates
116A Sailors Cove Drive
Port Saint Joe, FL 32456